Case 5:10-cv-00170-DF -CMC   Document 18   Filed 02/15/12   Page 1 of 2 PageID #: 75

## IN THE UNITED STATES DISTRICT COURT
## OF THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

**TIFFANY DORSHAY HAWKINS** §

**VS.** § CIVIL ACTION NO. 5:10cv170

**COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION** §

## MEMORANDUM ORDER

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. Plaintiff filed objections to the Report and Recommendation. The Court conducted a *de novo* review of the Magistrate Judge's findings and conclusions.

Plaintiff objects to the Magistrate Judge's recommendation that Plaintiff's above-entitled and numbered social security cause of action be affirmed. Specifically, Plaintiff asserts she suffers from serious impairments that include cirrhosis of the liver with liver damage; hepatitis C with high positive genotype 1A; positive rheumatoid; fatty infiltrates on the liver; pulmonary fibrosis with scarring; and mental impairments such as severe depression. Objections at pg. 4. According to Plaintiff, the Administrative Law Judge's determination that she can perform a full range of light work is not supported by substantial evidence of record.

After reviewing the transcript, the briefs of the parties, and the Report and Recommendation, the Court finds Plaintiff's objections are without merit. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report

of the United States Magistrate Judge as the findings and conclusions of this Court.  Accordingly, it is hereby

**ORDERED** that the above-entitled Social Security action is **AFFIRMED**.

**SIGNED this 15th day of February, 2012.**

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE